## INDIVIDUAL CLASS MEMBER CLAIM FORM

*Fonseca, et al., v. Dircksen & Talleyrand, Inc. et al.*, Case No. 13 CV 5125 (SN)

**TO SHARE IN THE SETTLEMENT, YOU MUST COMPLETE, SIGN AND RETURN THIS CLAIM FORM. YOU WILL NOT RECEIVE ANY PAYMENT FROM THE SETTLEMENT UNLESS YOU SUBMIT THIS CLAIM FORM. THE CLAIM FORM MUST BE POSTMARKED NO LATER THAN DECEMBER 29, 2017**

**CORRECTIONS OR ADDITIONAL INFORMATION**
Write any name and address corrections below if any is necessary **OR** if there is no preprinted data to the left, please provide your name and address here:

**JUAN XIQUE**
**225 76TH ST APT 2NDFLOOR**
**NORTH BERGEN NJ 07047-5717**

Daytime Telephone Number: 347-221-8124

Evening Telephone Number: 201-899-9369

MAIL TO:
*Fonseca, et al. v. Dircksen & Talleyrand, Inc., et al.*, No. 13 Civ. 5124
c/o Arden Claims Service, LLC
P.O. Box 1015
Port Washington, NY 11050
Pn: 877-623-2703 | E-mail: info@ardenclaims.com

You can also submit this claim form electronically by visiting www.ardenclaims.com/cases/Fonseca, et al. v. Dircksen & Talleyrand, Inc. Your Claim Number is 211. Your PIN is the last 4 digits of your social security number.

The records of Dircksen & Talleyrand, LLC d/b/a River Café ("River Café") indicate that you were employed by River Café as a captain, front-waiter, back-waiter, busser and/or bartender at River Café in Brooklyn, NY between July 23, 2007 and September 28, 2015. Based on your tips earned and hours worked according to River Café's records, your estimated Individual Settlement Amount is approximately $11,553.01. Please note that this is just an estimate and is subject to change.

By signing and returning this form, you are claiming your Individual Settlement Amount and opting-in to the above-captioned lawsuit brought to recover wages under the Fair Labor Standards Act.

By signing and returning this form, you acknowledge that you are releasing claims against Defendant, set forth in greater detail in the Notice of Settlement.

Date: 11/13/2017            _Juan Xique_
                            (Sign your name here)