**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr>
<td>

**MARCOS XIQUE and JUAN XIQUE,**
*individually and on behalf of other similarly situated*,

**Plaintiffs,**

— against —

**DIRCKSEN & TALLEYRAND INC. d/b/a RIVER CAFÉ and MICHAEL "BUZZY" O'KEEFE,**

**Defendants.**

</td>
<td>

Case No. 1:19-cv-01472-LGS

</td>
</tr>
</table>

**ORDER FOR DEFAULT JUDGMENT**

This matter came before the Court on Plaintiff's application for entry of a default judgment against Defendants Dircksen & Talleyrand Inc. d/b/a River Café and Michael "Buzzy" O'Keefe under Rule 55(b)(2) of the Federal Rules of Civil Procedure. After having considered the affidavit and documents submitted by the Plaintiff, the Court finds good cause to grant the motion. Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Order to Show Cause for Default Judgment is GRANTED. Entry of Judgment as to liability against Defendants is to follow. The case shall be referred to a magistrate judge for an inquest on damages.

IT IS SO ORDERED

Date:

_____
United States District Court Judge