# CRISCIONE | RAVALA, LLP
## ATTORNEYS AT LAW

**MAILING ADDRESS:** 250 PARK AVENUE | 7TH FLOOR | NEW YORK, NEW YORK 10177
2001 ROUTE 46 | SUITE 310 | PARSIPPANY, NEW JERSEY 07054 ("BY APPOINTMENT ONLY")
110 EAST BROWARD BOULEVARD | SUITE 1700 | FT. LAUDERDALE, FLORIDA 33301 ("BY APPOINTMENT ONLY")
TELEPHONE (800) 583-1780 | FACSIMILE (800) 583-1787

**GALEN J. CRISCIONE, ESQ.** *
* LICENSED IN NY, NJ, FL, DC, MI, AND TX
DIRECT: 1.800.583.1780 X. 501 | GCRISCIONE@LAWCRT.COM

August 13, 2019

*Via ECF*
Hon. Lorna Schofield
U.S. District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

        Case Title:        **Xique et al v. Dircksen & Talleyrand, Inc. et al**
        Case No.:         **1:19-cv-01472-LGS**

Dear Hon. Schofield:

      This letter is being submitted as a response to your August 8, 2019 Order. Per your instructions, the parties hereby submit a revised settlement agreement. Per your instructions, Plaintiffs' counsel shall submit client billing records upon approval of the settlement agreement. Thank you.

                                    Respectfully Submitted,

                                    */s/ Galen J. Criscione*
                                    Galen J. Criscione, Esq.
                                    Criscione Ravala, LLP